# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BLACK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>C. R. BARD, INC., BARD PERIPHERAL VASCULAR INC.,<br><br>　　　　Defendants. | CASE NO.: 2:21-cv-03843-DSF-KK<br><br>Assigned to Hon. Dale S. Fischer<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF KAREN BLACK'S CLAIMS WITH PREJUDICE** |

The Court having examined the foregoing Stipulation of Dismissal of Plaintiff Karen Black's claims in the above-captioned matter filed by the parties seeking the dismissal of Plaintiff Karen Black's claims. The Court **GRANTS** the Stipulation.

Accordingly, **IT IS ORDERED**:

1. The Stipulation of Dismissal of Plaintiff Karen Black's Claims With Prejudice is is **GRANTED**.
2. Each party is to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: June 17, 2021.

_____
Hon. Dale S. Fischer
United States District Judge
Central District of California